IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY AKA JEREMY BRYAN BARNEY RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER WRIGHT et al.,<br><br>Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:20-CV-161-DBB<br><br>District Judge David Barlow |

Plaintiff filed a prisoner civil rights complaint under 42 U.S.C.S. § 1983 (2020), (ECF No. 5), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2020), (ECF No. 4). However, Plaintiff has not followed the Court's April 22, 2020 order, (*id*.), to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See id.* § 1915(a)(2). Indeed, the Court's order was returned to sender, marked, "Left No Forwarding Address." (ECF No. 6.) And Plaintiff has not since updated his address with the Court. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 30th day of June, 2020.

BY THE COURT:

JUDGE DAVID BARLOW
United States District Court